R. Samuel Ehlers, Esq. (U.S.B. No. 10928)
**WRIGHT FINLAY & ZAK, LLP.**
5532 S. Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
Telephone: (702) 475.7978
Facsimile: (702) 946-1345 Fax
sehlers@wrightlegal.net
*Attorneys for Defendants Ocwen Loan Servicing, LLC, erroneously sued as "Ocwen Financial Corporation" and Wells Fargo Bank, N.A. as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 erroneously sued as only "Wells Fargo, N.A."*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LONN BURROWS, an individual; JACKIE BURROWS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LOANLEADERS OF AMERICA CORPORATION, a California Corporation; OPTION ONE MORTGAGE CO. kna SAND CANYON CORPORATION, a California Corporation; FIRST AMERICAN TITLE OF UTAH, a Utah Corporation; WELLS FARGO BANK, N.A., a Delaware Corporation; Martin Fogelman, loan officer, a California resident; OCWEN FINACIAL CORPORATION fka HOMEWARD RESIDENTIAL, INC.fka AMERIAN HOME MORTGAGE SERVICING, INC. a Delaware Corporation; LAW OFFICES OF JAMES WOODALL PLLC, a Utah LLC; James H. Woodall, a Utah resident and John Does 1-99,<br><br>Defendants | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OCWEN LOAN SERVICING, LLC, AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT1 MOTION TO DISMISS WITH PREJUDICE**<br><br>Civil No.: 2:14-cv-00544<br><br>Honorable: Clark Waddoups |

Pursuant to Federal Rule of Evidence 201(b), defendants Ocwen Loan Servicing, LLC ("Ocwen") and Wells Fargo Bank, NA, as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, erroneously sued as only "Wells Fargo Bank, N.A." ("Wells Fargo") (collectively, Ocwen and Wells Fargo are referred to herein as the "Trust Defendants") respectfully request that the Court take judicial notice of the attached exhibits. Because these document are both referred to in and central to Plaintiff's Complaint, Defendant "may submit an indisputably authentic copy [of the documents] to the court to be considered on a motion to dismiss… without converting the 12(b)(6) motion into a motion for summary judgment." *Oakwood Village LLC v. Albertsons, Inc.*, 2004 UT 101 Para 13, 104 P.3d 1226 (citations and internal quotations omitted).

1. A true and correct copy of the Plaintiffs Note is attached as **Exhibit "A"** to this Request for Judicial Notice ("RJN") filed concurrently herewith as are all exhibits referenced in this Memorandum.

2. A true and correct copy of the Plaintiff's Deed of Trust recorded on February 26, 2007 as entry 10014197 is attached to Defendant's RJN as **Exhibit "B."**

3. A True and correct copy of the assignment that was recorded on or about December 21, 2007 as entry 10306858 is attached to Defendant RJN at **Exhibit "C."**

4. A True and correct copy of the second assignment that was recorded on or about November 10, 2011 as entry 11277648 is attached to Defendant RJN at **Exhibit "D."**

5. A True and correct copy of the Substitution of Trustee was recorded on or about November 14, 2011 as Entry 11278594 and is attached to Defendants RJN as **Exhibit "E."**

6. A True and correct copy of a Notice of Default recorded on or about November 14, 2011 as Entry 11741373 and is attached to Defendants RJN as **Exhibit "F."**

7. A True and Correct Copy of Defendant Jackie Burrows Chapter 13 Plan filed March 4, 2014 is attached as **Exhibit "G."**

DATED: August 13, 2014

      WRIGHT FINLAY AND ZAK, LLP

      BY:   /s/ R. Samuel Ehlers, Esq.
*Attorneys for Defendants Ocwen Loan Servicing, LLC, erroneously sued as "Ocwen Financial Corporation" and Wells Fargo Bank, N.A. as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 erroneously sued as only "Wells Fargo, N.A."*

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on August 13, 2014, a copy of the **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OCWEN LOAN SERVICING, LLC, AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT1 MOTION TO DISMISS WITH PREJUDICE** was served on the parties below via US Regular Mail and ECF:

Lonn Burrows
Jackie Burrows
12939 South 4400 West
Riverton, Utah 84096
*Plaintiffs Pro Se*

K. Bradley Carr
Law Offices of James H. Woodall,
10808 River Front Parkway, Suite 175
South Jordan, Utah 84095
*Attorneys for Defendant Woodall*

                                             _/s/ Kathleen A. Maasry
                                                   An employee of
                                                   WRIGHT FINLAY & ZAK, LLP