# Exhibit C

# Exhibit C

# Exhibit C

Prepared by: Option One Mortgage Corp.
& When Recorded Return to: Assn Dept.
American Document Services, Inc.
250 Commerce 2nd Floor
Irvine, CA 92602   PROJECT 632
(888)477-4780

511055961-BUR-247880DT1-UT   )00-0

Loan Number:
Servicing Number:

10306858
12/21/2007 03:10 PM $12.00
Book - 9551 Pg - 2739-2740
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
AMERICAN DOCS
250 COMMERCE 2ND FL
IRVINE CA 92602;
BY: BRG, DEPUTY - MA 2 P.

[Space Above This Line For Recording Data]

## ASSIGNMENT OF DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS That
THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION
as Beneficiary under that certain TRUST DEED executed by
LONN BURROWS AND JACKIE BURROWS, HUSBAND AND WIFE AS JOINT TENANTS WITH FULL RIGHTS OF SURVIVORSHIP, NOT AS TENANTS IN COMMON.

THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION    as Trustor to
FIRST AMERICAN TITLE OF UTAH    as Trustee

on the ___ day of _____ , ____ , and recorded on the
day of Feb. 2-20-07 , in Book 9427 of at page 1079
under Filing No. 10014197   of the Records of Salt Lake
County, State of Utah, given to secure the payment of a promissory note for the sum of
FOUR HUNDRED TWENTY SEVEN THOUSAND FIVE HUNDRED     Dollars
($ 427,500.00 ) and interest, has endorsed said note and does hereby ASSIGN AND TRANSFER to
Option One Mortgage Corporation, a California Corporation
all right, title and interest in said note and all rights accrue under said Trust Deed and all indebtedness secured thereby. The said Trust Deed covers real property situated in said County and State described as follows:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

Tax Serial Number:
IN WITNESS WHEREOF said
THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION
has caused this instrument to be signed by its                                                    and
attested by its corporate seal this _____ . A.D.

THE LOANLEADERS OF AMERICA, INC.,
A CALIFORNIA CORPORATION

By: _____ (Signature)

By: Lucy Dietrich
    Print Name & Title

[Space Below This Line For Acknowledgment]

Commonwealth/State of California
District/County/Parish of Orange
On this 14 day of February 2007, before me, a Notary Public, personally appeared Lucy Dietrich,
to me personally known, who, being by me duly sworn (or affirmed), did say that he/she is the Funding Mgr
of Loan Leaders
and that the seal affixed to the instrument is the corporate seal of the corporation (or association) by authority of its board of directors (or trustees), and

acknowledged the instrument to be the free act and deed of the corporation.

Utah Assignment of Deed of Trust with Acknowledgment
Page 1 of 1                                           UTMS0501.wp (08-31-06)

DAMON DAVEY
COMM. #1693650
Notary Public-California
RIVERSIDE COUNTY
My Comm. Exp. Sept 14, 2010

BK 9551 PG 2739

EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF UT, COUNTY OF SALT LAKE, CITY OF HERRIMAN, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHICH LIES NORTH 89°30'59" WEST 89.49 FEET AND NORTH 251.29 FEET FROM THE CENTER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; RUNNING THENCE NORTH 208.71 FEET; THENCE EAST 208.71 FEET; THENCE SOUTH 208.71 FEET; THENCE WEST 208.71 FEET TO THE POINT OF BEGINNING.

SITUATE IN SALT LAKE COUNTY.

TOGETHER WITH RIGHT-OF-WAY OVER AND ACROSS THE FOLLOWING DESCRIBED PROPERTY:

COMMENCING ON THAT CENTERLINE OF 12600 SOUTH AS POINT WHICH LIES 422.24 FEET NORTH 89°13'15" WEST FROM THE NORTH QUARTER CORNER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; AND RUNNING THENCE SOUTH 687.61 FEET; THENCE SOUTH 58°17' EAST 375.19 FEET; THENCE SOUTH 1757.72 FEET; THENCE NORTH 89°30'59" WEST 40.0 FEET; THENCE NORTH 1735.08 FEET; THENCE NORTH 58°17' WEST 375.19 FEET; THENCE NORTH 710.45 FEET; THENCE SOUTH 89°03'15" EAST 40.0 FEET TO THE POINT OF COMMENCEMENT.

LESS AND EXCEPTING THEREFROM ANY PORTION LYING WITHIN THE BOUNDS OF 12600 SOUTH STREET.

APN:27-31-200-043-0000-000

PAGE 6

BK 9551 PG 2740