# Exhibit D

# Exhibit D

# Exhibit D

11277648

```
'11277648
11/10/2011 11:39 AM $15.00
Book - 9965 Pg - 8368-8370
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
NATIONWIDE TITLE CLEARING
2100 ALT 19 NORTH
PALM HARBOR FL 34683
BY: ZJM, DEPUTY - WI 3 P.
```

AHMSI L#:
Investor: OTHER
Investor L#:

When Recorded Return To:
American Home Mortgage
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

## CORPORATE ASSIGNMENT OF DEED OF TRUST

--- Contact American Home Mortgage Servicing, Inc., 1525 S. Beltline Rd., Coppell, TX 75019, telephone # (469) 645-3000, which is responsible for receiving payments.

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **Sand Canyon Corporation f/k/a Option One Mortgage Corporation, WHOSE ADDRESS IS 7595 Irvine Center Dr #100, Irvine, CA, 92618**, (ASSIGNOR), by these presents does convey, grant, sell, assign, transfer and set over the described DEED OF TRUST with all interest secured thereby, all liens, and any rights due or to become due thereon to **WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT1, WHOSE ADDRESS IS 9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045-1951, ITS SUCCESSORS OR ASSIGNS**, (ASSIGNEE).

Said DEED OF TRUST dated 02/07/2007 executed by **LONN BURROWS AND JACKIE BURROWS** to **THE LOANLENDERS OF AMERICA INC** and recorded in Book 9427 page 1079 as Instrument # 10014197 in the office of the Recorder of SALT LAKE County, Utah.
  SEE ATTACHED EXHIBIT A
  27-31-200-043-0000-000

Date: 11/ 02 /2011 (MM/DD/YYYY)
Sand Canyon Corporation f/k/a Option One Mortgage Corporation

By: _____
  **VILMA CASTRO**
  **VICE PRESIDENT**

AMSAS 15065281 -@ CJ3348476 FORM5\FRMUT1

BK 9965 PG 8368

AHMSI L#: (
Investor: OTHER
Investor I

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on 11/02/2011 (MM/DD/YYYY), by VILMA CASTRO as VICE PRESIDENT for Sand Canyon Corporation f/k/a Option One Mortgage Corporation, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

MIRANDA AVILA
Notary Public - State of FLORIDA
Commission expires: 08/22/2014

Miranda Avila
Notary Public State of Florida
My Commission # EE 019063
Expires August 22, 2014

Document Prepared By: E. Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

AMSAS 15065281 -@ CJ3348476 FORM5\FRMUT1

*15065281*

BK 9965 PG 8369

#### EXHIBIT A

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF UT, COUNTY OF SALT LAKE, CITY OF HERRIMAN, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHICH LIES NORTH 89°30'59" WEST 89.49 FEET AND NORTH 251.29 FEET FROM THE CENTER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; RUNNING THENCE NORTH 208.71 FEET; THENCE EAST 208.71 FEET; THENCE SOUTH 208.71 FEET; THENCE WEST 208.71 FEET TO THE POINT OF BEGINNING.

SITUATE IN SALT LAKE COUNTY.

TOGETHER WITH RIGHT-OF-WAY OVER AND ACROSS THE FOLLOWING DESCRIBED PROPERTY:

COMMENCING ON THAT CENTERLINE OF 12600 SOUTH AS POINT WHICH LIES 422.24 FEET NORTH 89°13'15" WEST FROM THE NORTH QUARTER CORNER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; AND RUNNING THENCE SOUTH 687.61 FEET; THENCE SOUTH 58°17' EAST 375.19 FEET; THENCE SOUTH 1757.72 FEET; THENCE NORTH 89°30'59" WEST 40.0 FEET; THENCE NORTH 1735.08 FEET; THENCE NORTH 58°17' WEST 375.19 FEET; THENCE NORTH 710.45 FEET; THENCE SOUTH 89°03'15" EAST 40.0 FEET TO THE POINT OF COMMENCEMENT.

LESS AND EXCEPTING THEREFROM ANY PORTION LYING WITHIN THE BOUNDS OF 12600 SOUTH STREET.

APN: 27-31-200-043-0000-000