# Exhibit E

# Exhibit E

# Exhibit E

11/14/2011 11:36:00 AM $13.00
Book - 9966 Pg - 2172-2173
Gary W. Ott
Recorder, Salt Lake County, UT
TRUSTEES TITLE & ESCROW LC
BY: eCASH, DEPUTY - EF 2 P.

WHEN RECORDED RETURN TO:

James H. Woodall
10653 River Front Parkway, Suite 290
South Jordan, Utah 84095
Telephone: (801) 254-9450
Hours: 8:00 a.m. - 5:00 p.m.

APN: 27-31-200-043

## SUBSTITUTION OF TRUSTEE

NOTICE IS HEREBY given that JAMES H. WOODALL, is hereby appointed Successor Trustee Under a Deed of Trust, Note and any and all judgments related to the Note and Deed of Trust executed by LONN BURROWS AND JACKIE BURROWS, HUSBAND AND WIFE AS JOINT TENANTS WITH FULL RIGHTS OF SURVIVORSHIP, NOT AS TENANTS IN COMMON., as Trustor, and THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION, as Beneficiary, which names FIRST AMERICAN TITLE OF UTAH, as Trustee February 7, 2007, and recorded February 26, 2007 as Instrument Number 10014197 , of the Official Records of Salt Lake County, Utah, describing the following real property:

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF UT, COUNTY OF SALT LAKE, CITY OF HERRIMAN, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHICH LIES NORTH 89°30'59" WEST 89.49 FEET AND NORTH 251.29 FEET FROM THE CENTER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; RUNNING THENCE NORTH 208.71 FEET; THENCE EAST 208.71 FEET; THENCE SOUTH 208.71 FEET; THENCE WEST 208.71 FEET TO THE POINT OF BEGINNING.

SITUATE IN SALT LAKE COUNTY.

TOGETHER WITH RIGHT-OF-WAY OVER AND ACROSS THE FOLLOWING DESCRIBED PROPERTY:

COMMENCING ON THAT CENTERLINE OF 12600 SOUTH AS POINT WHICH LIES 422.24 FEET NORTH 89°13'15" WEST FROM THE NORTH QUARTER CORNER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; AND RUNNING THENCE SOUTH 687.61 FEET; THENCE SOUTH 58°17' EAST 375.19 FEET; THENCE SOUTH 1757.72 FEET; THENCE NORTH 89°30'59" WEST 40.0 FEET; THENCE NORTH 1735.08 FEET; THENCE NORTH 58°17' WEST 375.19 FEET; THENCE NORTH 710.45 FEET; THENCE SOUTH 89°03'15" EAST 40.0 FEET TO THE POINT OF COMMENCEMENT.

LESS AND EXCEPTING THEREFROM ANY PORTION LYING WITHIN THE BOUNDS OF 12600 SOUTH STREET.

The undersigned Beneficiary hereby ratifies and confirms any and all actions taken on the beneficiary's behalf by the Successor Trustee prior to the recording of this Substitution of Trustee.

DATED: 11-7-2011

Wells Fargo Bank, N.A., as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1

By: American Home Mortgage Servicing, Inc., as attorney in fact.

BY: *April King*
TITLE: April King
Assistant Secretary

BK 9966 PG 2172

## CORPORATE ACKNOWLEDGMENT

STATE OF _____Florida_____ )
                                 ) ss.
COUNTY OF _____Duval_____ )

On __November 7, 2011__, before me, _Brenda L Frazier_, Notary Public, personally appeared ____April King____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of ____Florida____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Brenda L Frazier_ (seal)
Brenda L. Frazier
Signer ID - Florida Driver License

NOTARY PUBLIC-STATE OF FLORIDA
Brenda L. Frazier
Commission # DD885641
Expires: APR. 30, 2013
BONDED THRU ATLANTIC BONDING CO, INC.
NOTARY PUBLIC
LOAN NUMBER: 0022796817
TS Number: 11-00536-8
Title Order Number: 11-00536-8

BK 9966 PG 2173