# Exhibit F

# Exhibit F

# Exhibit F

WHEN RECORDED RETURN TO:

James H. Woodall
10808 River Front Parkway, Suite 175
South Jordan, Utah 84095
Telephone: (801) 254-9450
Hours: 8:00 a.m. – 5:00 p.m.

10/14/2013 3:55:00 PM $13.00
Book - 10185 Pg - 658-659
Gary W. Ott
Recorder, Salt Lake County, UT
TRUSTEES TITLE & ESCROW LC
BY: eCASH, DEPUTY - EF 2 P.

APN: 27-31-200-043

## NOTICE OF DEFAULT
(Successor Trustee)

NOTICE IS GIVEN that JAMES H. WOODALL, as Trustee under that certain Deed of Trust executed by LONN BURROWS AND JACKIE BURROWS, HUSBAND AND WIFE AS JOINT TENANTS WITH FULL RIGHTS OF SURVIVORSHIP, NOT AS TENENTS IN COMMON as Trustors, in which FIRST AMERICAN TITLE OF UTAH is named as Trustee, and THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION is named as Beneficiary, recorded on February 26, 2007, as Entry No. 10014197, in Book 9427, at Page 1079-1090, of the Official Records of SALT LAKE County, Utah, describing the following real property:

LEGAL DESCRIPTION ATTACHED AS EXHIBIT "A"

A breach or default in the obligation for which said Deed of Trust was conveyed as security has occurred as follows:

Failure to make the payment of principal and interest together with late charges, impounds, deposits, taxes and all other amounts due under the terms of the Note and Deed of Trust and/or modifications/amendments, if any.

By reason of such default, the Beneficiary has instructed the Trustee to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED: October 14, 2013

_____
JAMES H. WOODALL, TRUSTEE

STATE OF UTAH      )
                   : ss.
SALT LAKE COUNTY   )

The foregoing instrument was acknowledged before me Cindy Hansen, a Notary Public on this 14 day of October 2013 by James H. Woodall in his authorized capacity.

Notary Public
CINDY HANSEN
Commission #609463
My Commission Expires
June 1, 2015
State of Utah

_____
NOTARY PUBLIC

Ent 11741373 BK 10185 PG 658

EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF UT, COUNTY OF SALT LAKE, CITY OF HERRIMAN, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHICH LIES NORTH 89°30'59" WEST 89.49 FEET AND NORTH 251.29 FEET FROM THE CENTER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; RUNNING THENCE NORTH 208.71 FEET; THENCE EAST 208.71 FEET; THENCE SOUTH 208.71 FEET; THENCE WEST 208.71 FEET TO THE POINT OF BEGINNING.

SITUATE IN SALT LAKE COUNTY.

TOGETHER WITH RIGHT-OF-WAY OVER AND ACROSS THE FOLLOWING DESCRIBED PROPERTY:

COMMENCING ON THAT CENTERLINE OF 12600 SOUTH AS POINT WHICH LIES 422.24 FEET NORTH 89°13'15" WEST FROM THE NORTH QUARTER CORNER OF SECTION 31, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SALT LAKE BASE AND MERIDIAN; AND RUNNING THENCE SOUTH 687.61 FEET; THENCE SOUTH 58°17' EAST 375.19 FEET; THENCE SOUTH 1757.72 FEET; THENCE NORTH 89°30'59" WEST 40.0 FEET; THENCE NORTH 1735.08 FEET; THENCE NORTH 58°17' WEST 375.19 FEET; THENCE NORTH 710.45 FEET; THENCE SOUTH 89°03'15" EAST 40.0 FEET TO THE POINT OF COMMENCEMENT.

LESS AND EXCEPTING THEREFROM ANY PORTION LYING WITHIN THE BOUNDS OF 12600 SOUTH STREET.

A.P.N.: 27-31-200-043

BK 10185 PG 659