# United States District Court

Central Division for the District of Utah

*FILED — U.S. COURT, NOV 10 P 3:53, DISTRICT OF UTAH, DEPUTY CLERK*

| | |
|---|---|
| LONN BURROWS, a living man and JACKIE BURROWS, a living woman,<br><br>    Plaintiffs<br><br>v.<br><br>LOANLEADERS OF AMERICA, a California Corporation, OPTION ONE MORTGAGE, a California Corporation, FIRST AMERICAN TITLE OF UTAH, a Utah Corporation, WELLS FARGO BANK NA, a Delaware Corporation, MARTIN FOGELMAN, loan officer, a California resident, OCWEN FINANCIAL, a Delaware Corporation, LAW OFFICES OF JAMES H. WOODALL, a Utah LLC and JAMES H. WOODALL, a Utah resident,<br><br>    Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:14-CV-544-DN |

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiffs' cause of action is dismissed with prejudice.

November 10, 2014

Date

D. Mark Jones

*Clerk of Court*

(By) Deputy Clerk