R. Samuel Ehlers, Esq. (U.S.B. No. 10928)
**WRIGHT FINLAY & ZAK, LLP.**
5532 S. Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
Telephone: (702) 475.7978
Facsimile: (702) 946-1345 Fax
sehlers@wrightlegal.net
*Attorneys for Defendants Ocwen Loan Servicing, LLC, erroneously sued as "Ocwen Financial Corporation" and Wells Fargo Bank, N.A. as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 erroneously sued as only "Wells Fargo, N.A."*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LONN BURROWS, an individual; JACKIE BURROWS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>LOANLEADERS OF AMERICA CORPORATION, a California Corporation; OPTION ONE MORTGAGE CO. kna SAND CANYON CORPORATION, a California Corporation; FIRST AMERICAN TITLE OF UTAH, a Utah Corporation; WELLS FARGO BANK, N.A., a Delaware Corporation; Martin Fogelman, loan officer, a California resident; OCWEN FINACIAL CORPORATION fka HOMEWARD RESIDENTIAL, INC. fka AMERIAN HOME MORTGAGE SERVICING, INC. a Delaware Corporation; LAW OFFICES OF JAMES WOODALL PLLC, a Utah LLC; James H. Woodall, a Utah resident and John Does 1-99,<br><br>    Defendants | **NOTICE OF BANKRUPTCY FILING OF PLAINTIFF**<br><br>Civil No.: 2:14-cv-00544<br><br>Honorable: Clark Waddoups |

PLEASE TAKE NOTICE that on November 11, 2014, JACKIE BURROWS filed for Bankruptcy under Chapter 13, Case No.: 14-31971-WTT.  With this Bankruptcy filing this case became part of the Burrows Chapter 13 Bankruptcy Estate which can only be prosecuted by the Bankruptcy Trustee if he so chooses.

DATED: December 17, 2014.

WRIGHT FINLAY & ZAK, LLP.

BY:   /s/ R. Samuel Ehlers, Esq.
*Attorney for Defendants Ocwen Loan Servicing, LLC, erroneously sued as "Ocwen Financial Corporation" and Wells Fargo Bank, N.A. as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 erroneously sued as only "Wells Fargo, N.A."*

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on December 17, 2014, a copy of the

**NOTICE OF BANKRUPTCY FILING OF PLAINTIFF** was served on the parties below via

US Regular Mail and ECF:

Dwight Epperson, Esq.
420 E. South Temple
Suite 470
Salt Lake City, Utah 84111
*Attorney for Plaintiffs*

Matthew L. Anderson, Esq.
Fabian and Clendenin, PC
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
*Attorneys for Defendant Sand Canyon*
*Corporation fka Option One*
*Mortgage*

K. Bradley Carr, Esq.
Law Offices of James H. Woodall,
10808 River Front Parkway, Suite 175
South Jordan, Utah 84095
*Attorneys for Defendant Woodall*

                                  /s/ Kathleen A. Maasry
                               An employee of WRIGHT FINLAY & ZAK, LLP