Dwight Epperson (USB #4316)
420 E. South Temple, Suite 470
Salt Lake City, Utah 84111
Telephone: (801) 359-7771
Facsimile: (801) 359-7774
dwightepperson@msn.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| LONN BURROWS and JACKIE BURROWS,<br>          Plaintiffs,<br>vs<br><br>LOANLEADERS OF AMERICA CORPORATION, a California Corporation; OPTION ONE MORTGAGE CO. aka SAND CANYON CORPORATION, a California Corporation; FIRST AMERICAN TITLE OF UTAH, a Utah Corporation: WELLS FARGO BANK, N.A., as Trustee for Soundview Home Loan Trust 2007-OPTI; Martin Fogelman, loan officer, a California resident; OCWEN FINANCIAL CORPORATION fka HOMEWARD RESIDENTIAL, INC. fka AMERICAN HOME MORTGAGE SERVICING, INC, a Delaware Corporation, and Does 1-99.<br>          Defendants | Case No. 2:14-CV-00544 DN-BCW<br><br>**MOTION TO WITHDRAW**<br>**AS COUNSEL FOR PLAINTIFFS**<br><br>District Court Judge David Nuffer |

      Dwight J.L. Epperson Law Offices and Dwight Epperson, under Rule 74, Utah R. Civ. P., hereby move the Court to allow it to withdraw as counsel for Plaintiffs Lonn and Jackie Burrows ("Plaintiffs"), pursuant to DUCivR 83-1.4.  A proposed Order is also submitted herewith.

1

Reasons for the withdrawal are that the undersigned counsel has found other employment, and is in the process of decreasing its case load by requesting withdrawals when there are no pending motions or hearings set. The undersigned has discussed a possible withdrawal with Plaintiff Jackie Burrows, and hereby certifies that I notified her of the status of this case, but I have not obtained the written consent of Plaintiffs to this withdrawal. For this reason, Plaintiffs and all attorneys or parties of record will be notified in writing of the undersigned's Motion to Withdraw as Counsel for Plaintiffs by e-filing or by first class mail, postage prepaid.

DATED this 30th day of June, 2015.

LAW OFFICES OF DWIGHT J.L. EPPERSON, INC.

/s/ Dwight Epperson
Dwight Epperson
*Attorney for Plaintiffs Burrows*

**CERTIFICATE OF SERVICE**

I certify under pains of perjury, that on the 30th day of June, 2015, I e-filed the foregoing Motion to Withdraw as Counsel, and electronically copied, or mailed by first class mail, a copy of the same to the following parties:

Matthew Anderson, Fabian & Clendenin
OPTION ONE MORTGAGE nka SAND CANYON CORPORATION
 215 S. State St., Suite 1200
Salt Lake City, Utah 84111-2323
manderson@fabianlaw.com

R. Samuel Ehlers
Wright Finlay & Zak, LLP
OCWEN LOAN SERVICING, LLC  and
Wells Fargo Bank, N.A., Trustee
5532 S. Fort Apache Road, Suite 110
Las Vegas, NV 89148
sehlers@wrightlegal.net

Lonn and Jackie Burrows
4734 Whisper Pointe Dr.
St. George, Utah 84790

Dated: June 30, 2015.

  /s/ Dwight Epperson