# EXHIBIT 1

**DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## District of Utah (Salt Lake City)
## Bankruptcy Petition #: 14-31971

| | |
|---|---|
| *Assigned to:* William T. Thurman | *Date filed:* 11/11/2014 |
| Chapter 13 | *Date terminated:* 07/29/2015 |
| Voluntary | *Debtor dismissed:* 05/29/2015 |
| Asset | *341 meeting:* 02/20/2015 |

*Debtor disposition:* Dismissed for Abuse

*Debtor*
**Jackie Lynn Burrows**
4734 Whisperpoint Dr.
Saint George, UT 84790
WASHINGTON-UT
SSN / ITIN: xxx-xx-5397

represented by **Bryan Adamson**
The Justice Firm Legal, L.L.C.
132 West Tabernacle
St. George, UT 84770
435-986-8386
Fax : 435-986-8388
Email: badamson@dixielegal.com
*TERMINATED: 02/19/2015*

**Geoffrey L. Chesnut**
Red Rock Legal Services, P.L.L.C.
249 East Tabernacle Street
Suite 102
St. George, UT 84770
435-634-1000
Fax : 435-634-1001
Email: gchesnut@expresslaw.com

**Andres x2Diaz**
Red Rock Legal Services P.L.L.C.
491 N. Bluff Street, Suite 301
St. George, UT 84790
(435) 634-1000
Fax : (435) 634-1001
Email: courtmailrr@expresslaw.com

*Trustee*
**Kevin R. Anderson tr**
405 South Main Street
Suite 600
Salt Lake City, UT 84111
(801) 596-2884

*U.S. Trustee*
**United States Trustee**
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

**Debtor(s) email addresses used for BNC noticing ONLY**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/29/2015 | | The Trustee has filed a Final Account of Trustee and has certified that the estate has been fully administered, and no timely objection has been filed. Accordingly, it is ORDERED that the trustee is discharged, all pending motions under Bankr.D.Ut.LBR 9013-2(f)(4) are denied without prejudice and THE CASE IS HEREBY CLOSED. Judge William T. Thurman (mfm) (EOD: 07/29/2015) |
| 06/24/2015 | [66](#) (4 pgs) | Trustee's Chapter 13 Final Report and Account filed by Trustee. (x8Anderson tr, Kevin) (EOD: 06/24/2015) |
| 05/31/2015 | [65](#) (4 pgs) | Certificate of Service Re: Order. (related document(s):[64](#) Order on Motion to Dismiss Case) Notice Date 05/31/2015. (Admin.) (EOD: 05/31/2015) |
| 05/29/2015 | [64](#) (3 pgs) | Order Granting Motion to Dismiss Case with Prejudice under 11 U.S.C. § 109(g) with 180 day bar to re-filing any case and dismissal with finding that Debtor has participated in a scheme to delay, hinder or defraud creditors under 11 U.S.C. § 362(d)(4) (Related Doc # [19](#)). However Debtor may file for relief under Chapter 7. No bankruptcy may be filed for two years on the following property: 4734Whisperpoint Dr. Saint George, UT 84790 and 12939 South Sunday Drive, Riverton, UT 84096. (EOD: 05/29/2015) |
| 05/20/2015 | [63](#) (3 pgs) | Pending Order (Hearing Held) to dismiss case with prejudice related documents(s):[19](#) Motion to Dismiss Filed by: (Anderson tr, Kevin) [Order# 279331] Modified on 5/20/2015 (mfm). (EOD: 05/20/2015) |

| | | |
|---|---|---|
| 05/14/2015 | 62 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/14/2015 10:01:03 AM ]. File Size [ 1692 KB ]. Run Time [ 00:07:03 ]. (admin). (EOD: 05/14/2015) |
| 05/14/2015 | | Minute Entry Re: Motion to Dismiss Case with Prejudice under 11 U.S.C. 109(g) with 180 day bar to re-filing any case and dismissal with finding that Debtor has participated in a scheme to delay, hinder or defraud creditors under 11 U.S.C. 362(d)(4) (related document(s): 19 Motion to Dismiss Case filed by Kevin R. Anderson tr) Appearances: Ryan Cadwallader (TR); Geoffrey Chesnut-via telephone (DB); Armand Howell (Wells Fargo). Debtor does not oppose Trustee's motion to dismiss with prejudice. Findings made on the record. Trustee's motion granted. Debtor is barred from filing bankruptcy, other than a Chapter 7, for 180 days. Debtor is barred from including two parcels of property as stated on the record in a bankruptcy for a period of two years. Attorney fees allowed as prayed. OTF-Cadwallader. Based on the dismissal of the case, the hearing on confirmation is stricken. Pending Order Deadline due by 05/28/2015. (EOD: 05/14/2015) |
| 05/13/2015 | 61 (5 pgs) | Application for Compensation by Attorney/Debtor(s) (Ch13) filed by Debtor(s). (x2Diaz, Andres) (EOD: 05/13/2015) |
| 04/30/2015 | 60 (6 pgs) | Chapter 13 Trustee's Continuing Objection to Confirmation of Plan (Anderson tr, Kevin) (EOD: 04/30/2015) |
| 04/29/2015 | 59 (5 pgs) | Certificate of Service Re: Order. (related document(s):58 Order Continuing Confirmation Hearing) Notice Date 04/29/2015. (Admin.) (EOD: 04/29/2015) |
| 04/27/2015 | 58 (4 pgs) | Order Continuing Confirmation Hearing. (gci) (EOD: 04/27/2015) |
| 04/17/2015 | 57 (4 pgs) | Certificate of Service Re: Order. (related document(s):55 Order) Notice Date 04/17/2015. (Admin.) (EOD: 04/17/2015) |
| 04/16/2015 | 56 (9 pgs) | Subpoena/Subpoena Duces Tecum. Return of Service Re: *Melody R Jenkins, Registered Agent for* |

| | | |
|---|---|---|
| | | *Extreme Pawn* Filed by Kevin R. Anderson tr (Anderson tr, Kevin) (EOD: 04/16/2015) |
| 04/15/2015 | [55](#) (3 pgs) | Order Authorizing 2004 Examination of Melody R. Jenkins of Xtreme Pawn (related document(s):[53](#) Notice of Examination Pursuant to Rule 2004) (gci) (EOD: 04/15/2015) |
| 04/15/2015 | [54](#) (3 pgs) | Pending Order (Ex Parte) related documents(s): [53](#) Notice of Examination Pursuant to Rule 2004 Filed by: (Anderson tr, Kevin) [Order# 277096] (EOD: 04/15/2015) |
| 04/15/2015 | [53](#) (6 pgs) | Trustee Motion for Order Authorizing 2004 Examination of Melody R. Jenkins of Xtreme Pawn. (Anderson tr, Kevin) Modified on 4/15/2015 (gci). (EOD: 04/15/2015) |
| 04/14/2015 | [52](#) (4 pgs) | Pending Order (Hearing Held: 4/9/2015, Continuing Confirmation Hearing) BATCH Filed by: (Anderson tr, Kevin) [Order# 276978] (EOD: 04/14/2015) |
| 04/09/2015 | [51](#) (1 pg) | PDF with attached Audio File. Court Date & Time [ 4/9/2015 9:52:14 AM ]. File Size [ 3484 KB ]. Run Time [ 00:14:31 ]. (admin). (EOD: 04/10/2015) |
| 04/09/2015 | | Creditor Request for Notices Filed by JPMorgan Chase Bank, National Association (x3Plott, Kent) (EOD: 04/09/2015) |
| 04/09/2015 | | Minute Entry Re: Confirmation of Chapter 13 Plan (related document(s): [28](#) Amended Chapter 13 Plan filed by Jackie Lynn Burrows) Appearances: Geoffrey Chesnut (DB); Ryan Cadwallader (TR); Mark Middlemas (JPMorgan); Paul Halliday, Jr (Wells Fargo). Confirmation hearing continued to be held on 05/14/2015 at 10:00 AM at US Bankruptcy Court in conjunction with the Trustee's motion to dismiss with prejudice. List of witnesses and exhibits to be filed with the Court by 5/12/15. Creditors to file proofs of claim ten days prior to the continued hearing.(tjc) (EOD: 04/09/2015) |
| 03/26/2015 | [50](#) (4 pgs) | Certificate of Service Re: Order. (related document (s):[46](#) Order) Notice Date 03/26/2015. (Admin.) (EOD: 03/26/2015) |

| | | |
|---|---|---|
| 03/26/2015 | 49 (10 pgs) | Subpoena/Subpoena Duces Tecum. Return of Service Re: *for 2004 Examination of Faye Burrows* Filed by Kevin R. Anderson tr (Anderson tr, Kevin) (EOD: 03/26/2015) |
| 03/26/2015 | 48 (2 pgs) | Notice (related document(s):46 Order) *Trustee's Notice of 2004 Examination of Non-Debtor Fay Burrows* Filed by Kevin R. Anderson tr on behalf of Kevin R. Anderson tr (Anderson tr, Kevin) (EOD: 03/26/2015) |
| 03/26/2015 | 47 (4 pgs) | Chapter 13 Trustee's Continuing Objection to Confirmation of Plan (x8Anderson tr, Kevin) (EOD: 03/26/2015) |
| 03/24/2015 | 46 (3 pgs) | Order Granting (related document(s):43 Notice of Examination Pursuant to Rule 2004) Person or Entity Being Examined: Faye Burrows. (gci) (EOD: 03/24/2015) |
| 03/23/2015 | 45 (3 pgs) | Pending Order (Ex Parte) related documents(s):44 Motion for Examination Pursuant to Rule 2004 Filed by: (Anderson tr, Kevin) [Order# 275351] Modified on 3/23/2015 (gci). (EOD: 03/23/2015) |
| 03/23/2015 | 44 (3 pgs) | Trustee's Motion for Order Authorizing the Examination Pursuant to Rule 2004 filed by Trustee. (Anderson tr, Kevin) Modified on 3/23/2015 (gci). (EOD: 03/23/2015) |
| 03/23/2015 | | Trustee's Withdrawal of Document filed by Trustee (related document(s):43 Notice of Examination Pursuant to Rule 2004). (Anderson tr, Kevin) (EOD: 03/23/2015) |
| 03/23/2015 | 43 (3 pgs) | Notice of Examination Pursuant to Rule 2004 filed by Trustee. (Anderson tr, Kevin) (EOD: 03/23/2015) |
| 03/19/2015 | | Objection to Dismissal (Hrg) (related document(s):42 Objection filed by Debtor Jackie Lynn Burrows) Hearing scheduled for 4/9/2015 at 09:30 AM at US Bankruptcy Court. (gci) (EOD: 03/19/2015) |
| 03/19/2015 | 42 (2 pgs) | Objection to (related document(s):38 Trustee's Chapter 13 Motion to Dismiss filed by Trustee.) Filed by Jackie Lynn Burrows (x2Diaz, Andres) (EOD: 03/19/2015) |

| | | |
|---|---|---|
| 03/09/2015 | 41<br>(2 pgs) | Declaration/Affidavit Re: Tax Returns filed by Debtor(s). (x2Diaz, Andres) (EOD: 03/09/2015) |
| 03/03/2015 | 40<br>(5 pgs) | Trustee's Objection to Confirmation of Chapter 13 Plan. (Anderson tr, Kevin) (EOD: 03/03/2015) |
| 02/23/2015 | 39<br>(3 pgs) | Chapter 13/7 Trustee's Objection to Claim of Exemption (Anderson tr, Kevin) (EOD: 02/23/2015) |
| 02/23/2015 | 38<br>(2 pgs) | Trustee's Chapter 13 Motion to Dismiss filed by Trustee. Objection to Dismissal due by 03/19/2015. (x8Anderson tr, Kevin) (EOD: 02/23/2015) |
| 02/21/2015 | 37<br>(3 pgs) | Certificate of Service Re: Order. (related document(s):35 Order on Motion To Substitute Attorney) Notice Date 02/21/2015. (Admin.) (EOD: 02/21/2015) |
| 02/19/2015 | 36<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 2/19/2015 11:02:30 AM ]. File Size [ 2668 KB ]. Run Time [ 00:11:07 ]. (admin). (EOD: 02/20/2015) |
| 02/19/2015 | 35<br>(2 pgs) | Order Granting Ex Parte Motion to Substitute Attorney. Bryan Adamson terminated. Geoffrey L. Chesnut for Jackie Lynn Burrows added. (Related Doc # 33) (gci) (EOD: 02/19/2015) |
| 02/19/2015 | | Minute Entry Re: Motion to Dismiss Case with Prejudice under 11 U.S.C. 109(g) with 180 day bar to re-filing any case and dismissal with finding that Debtor has participated in a scheme to delay, hinder or defraud creditors under 11 U.S.C. 362(d)(4) (related document(s): 19 Motion to Dismiss Case filed by Kevin R. Anderson tr) Appearances: Ryan Cadwallader (TR); Geoffrey Chesnut (DB). Evidentiary hearing scheduled for 05/14/2015 at 10:00 AM at US Bankruptcy Court. Discovery to be completed by 4/30/15. Witness and exhibit lists to be filed by 5/7/15. Additional briefing due 5/7/15. Original and two copies of exhibits to be delivered to Chambers by 5/7/15. Debtor to mark exhibits numerically. Trustee to mark exhibits alphabetically. OTF-Court. (tjc) (EOD: 02/19/2015) |
| 02/18/2015 | 34<br>(2 pgs) | Pending Order (Ex Parte) related documents(s): 32 Notice of Substitution of Counsel with Consent Filed |

| | | |
|---|---|---|
| | | by: (x2Diaz, Andres) [Order# 273136] (EOD: 02/18/2015) |
| 02/18/2015 | 33<br>(1 pg) | Ex Parte Motion to Substitute Attorney. Old Attorney: Bryan Adamson. New Attorney: Red Rock Legal Services, P.L.L.C. Filed by Jackie Lynn Burrows (x2Diaz, Andres) (EOD: 02/18/2015) |
| 02/18/2015 | 32<br>(1 pg) | Ex Parte Notice of Substitution of Counsel with Consent. Old Attorney: Bryan Adamson. New Attorney: Red Rock Legal Services, P.L.L.C. Filed by Andres x2Diaz on behalf of Jackie Lynn Burrows (x2Diaz, Andres) (EOD: 02/18/2015) |
| 02/18/2015 | 31<br>(5 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service (Mann, Benjamin) (EOD: 02/18/2015) |
| 02/02/2015 | | Withdrawal of Document Reason for Withdrawal: improper filing (related document(s):28 Amended Chapter 13 Plan filed by Debtor Jackie Lynn Burrows) Filed by Bryan Adamson on behalf of Jackie Lynn Burrows (Adamson, Bryan) (EOD: 02/02/2015) |
| 01/28/2015 | 30 | Debtor's Statement of Social Security Number(s). "Please Note: Pleading indicates same number as listed when case was filed" (gci) Modified on 1/29/2015 (gci). (EOD: 01/28/2015) |
| 01/26/2015 | 29<br>(7 pgs) | Memorandum in Opposition to (related document(s):19 Motion to Dismiss Case) Filed by Jackie Lynn Burrows (Adamson, Bryan) Modified on 1/27/2015 (gci). (EOD: 01/26/2015) |
| 01/26/2015 | 28<br>(56 pgs; 5 docs) | Second Amended Chapter 13 Plan; Voluntary Petition, Exhibit D, Credit Counseling, Summary of Schedules, Statistical Summary, Schedules A thru J, Statement of Financial Affairs, Matrix, Disclosure of Compensation, Matrix, Social Security (Separated); Chapter 13 Statement of Current Monthly Income Related document(s) 5 6 7 8 Filed by Jackie Lynn Burrows (Adamson, Bryan) Modified on 1/28/2015 (gci). Modified on 1/29/2015 (gci). (EOD: 01/26/2015) |
| 01/15/2015 | 27<br>(4 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): Notice |

| | | |
|---|---|---|
| | | of Meeting of Creditors Chapter 13) Notice Date 01/15/2015. (Admin.) (EOD: 01/15/2015) |
| 01/14/2015 | 26 (4 pgs) | Certificate of Service Re: Order. (related document(s):25 Order on Motion to Continue Meeting) Notice Date 01/14/2015. (Admin.) (EOD: 01/14/2015) |
| 01/13/2015 | | Rescheduled Notice of Meeting of Creditors 341(a) meeting to be held on 2/20/2015 at St. George. Proofs of Claims due by 4/9/2015. Ch 13 Obj to Dischargeability: 4/21/2015. Confirmation hearing to be held on 4/9/2015 at 09:30 AM at Courtroom 2B, St. George. Government Proof of Claim due by 5/11/2015. (jwg) (EOD: 01/13/2015) |
| 01/12/2015 | 25 (3 pgs) | Ex Parte Order Granting Motion To Continue Meeting of Creditors and Plan Confirmation Hearing (Related Doc 22)The 341 Meeting of Creditors and Confirmation hearing are continued and shall be re-noticed to the next available date on the St. George calendar. The deadline to object to dischargeability is extended 60 days from the date of the rescheduled meeting of creditors. The deadline to object to debtor's exemptions is extended for 30 days of the rescheduled meeting of creditors. Signed as modified by the Court. (gci) (EOD: 01/12/2015) |
| 01/09/2015 | | Trustee/USTR's Notice of Endorsement filed by Trustee/USTR. (related document(s):24 Pending Amended Order (Agreed to/Stipulated) related documents(s):22 Motion to Continue Meeting Filed by: (Adamson, Bryan) [Order# 270393]. **This order replaces the prior pending order# 270377.**). Endorsed with no objection (Anderson tr, Kevin) (EOD: 01/09/2015) |
| 01/08/2015 | 24 (3 pgs) | Pending Amended Order (Agreed to/Stipulated) related documents(s): 22 Motion to Continue Meeting Filed by: (Adamson, Bryan) [Order# 270393]. **This order replaces the prior pending order# 270377.** (EOD: 01/08/2015) |
| 01/08/2015 | 23 (3 pgs) | Pending Order (Agreed to/Stipulated) related documents(s): 22 Motion to Continue Meeting Filed by: (Adamson, Bryan) [Order# 270377] (EOD: 01/08/2015) |
| 01/08/2015 | | |

|  | 22<br>(3 pgs) | Ex Parte Motion to Continue Meeting *of Creditors and Plan Confirmation Hearing* Filed by Jackie Lynn Burrows (Adamson, Bryan) (EOD: 01/08/2015) |
| --- | --- | --- |
| 12/31/2014 | 21<br>(3 pgs) | Objection to Confirmation of Plan. *(Client Code+14-46442)* Filed by JPMorgan Chase Bank, National Association (Plott, Kent) (EOD: 12/31/2014) |
| 12/31/2014 | 20<br>(5 pgs) | Notice of Hearing (related document(s):19 Motion to Dismiss Case) Filed by Kevin R. Anderson tr on behalf of Kevin R. Anderson tr Hearing scheduled for 2/19/2015 at 10:30 AM at Courtroom 2B, St. George.Deadline for filing objections: 1/26/2015. (Anderson tr, Kevin) (EOD: 12/31/2014) |
| 12/31/2014 | 19<br>(8 pgs) | Motion to Dismiss Case *with Prejudice under 11 U.S.C. § 109(g) with 180 day bar to re-filing any case and dismissal with finding that Debtor has participated in a scheme to delay, hinder or defraud creditors under 11 U.S.C. § 362(d)(4)* Filed by Kevin R. Anderson tr (Anderson tr, Kevin) (EOD: 12/31/2014) |
| 12/24/2014 | 18<br>(9 pgs) | Subpoena/Subpoena Duces Tecum. Return of Service Re: *James R. Baker* Filed by Kevin R. Anderson tr (Anderson tr, Kevin) (EOD: 12/24/2014) |
| 12/10/2014 |  | Receipt of filing fee for Electronically Paid Fee(14-31971) [genaty,genaeall] ( 30.00). Receipt number 15537267, amount 30.00. (U.S. Treasury) (EOD: 12/10/2014) |
| 12/10/2014 |  | Electronically Paid Fee. Amount of Payment: $30. Purpose: Amendment Schedules D,E,F and/or Amended Matrix [AMM]. (Adamson, Bryan) (EOD: 12/10/2014) |
| 12/05/2014 | 17<br>(4 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): First Meeting (Chapter 13)) Notice Date 12/05/2014. (Admin.) (EOD: 12/05/2014) |
| 12/05/2014 | 16<br>(6 pgs) | Certificate of Service Re: Chapter 13 Plan Notice Date 12/05/2014. (Admin.) (EOD: 12/05/2014) |
| 12/04/2014 |  |  |

| | | |
|---|---|---|
| | 15 (3 pgs) | Certificate of Service Re: Order. (related document(s):14 Order on Motion for Examination) Notice Date 12/04/2014. (Admin.) (EOD: 12/04/2014) |
| 12/02/2014 | 14 (2 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 11). Person or Entity Being Examined: Trustee of Bella Trust (gci) (EOD: 12/02/2014) |
| 11/26/2014 | 13 (2 pgs) | Objection to Confirmation of Plan. Filed by Ocwen Loan Servicing, LLC, as servicer for Wells Fargo Bank, National Association as Trustee for (Mann, Benjamin) (EOD: 11/26/2014) |
| 11/26/2014 | | Attn: Attorney Bryan Adamson. Clerk's Notice of Fees Due. (related document(s):9 Amended List of Creditors (Matrix) and Amended Schedules). Amount Due: $30.00. Pursuant to 28 U.S.C. Section 1930(b) you are required to pay a fee. In order to pay this fee, use the event Electronically Paid Fee found in the Debtor Events or Other categories under the Bankruptcy Menu. This will add the fee to the Internet Payments Due category. Fee due by 12/8/2014. Creditors Added: Attorney General for United States, Chase Bank, Intermountain Health Care, Internal Revenue Service, etc. (gci) (EOD: 11/26/2014) |
| 11/26/2014 | 12 (2 pgs) | Pending Order (Ex Parte) related documents(s): 11 Motion for Examination Under Rule 2004 Trustee of Bella Bell Trust Filed by: (Anderson tr, Kevin) [Order# 267620] (EOD: 11/26/2014) |
| 11/26/2014 | 11 (28 pgs) | Motion for Examination Under Rule 2004 Filed by Kevin R. Anderson tr (Anderson tr, Kevin) (EOD: 11/26/2014) |
| 11/25/2014 | 10 (5 pgs) | Amended Chapter 13 Plan filed by Debtor(s). (Adamson, Bryan) (EOD: 11/25/2014) |
| 11/25/2014 | 9 (44 pgs) | Amended List of Creditors (Matrix) and Amended Schedules filed by Debtor(s). :Changes indicated: dollar figures amended, property added/amended, exemptions added/amended, statement of affairs and Chapter 13 Statement of Current Monthly and Disposable Income amended (PLEASE NOTE: Schedules A, C and D were added as Amended, no |

| | | |
|---|---|---|
| | | originals filed before) (Adamson, Bryan) Modified on 11/26/2014 (gci). (EOD: 11/25/2014) |
| 11/25/2014 | 8<br>(1 pg) | Summary of Schedules and/or Statistical Summary of Certain Liabilities (Adamson, Bryan) (EOD: 11/25/2014) |
| 11/25/2014 | 7<br>(30 pgs) | Statement of Financial Affairs and Schedules filed by Debtor(s). (Schedules A, C and D are missing) (Adamson, Bryan) Modified on 11/26/2014 (gci). (EOD: 11/25/2014) |
| 11/25/2014 | 6<br>(7 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income (Adamson, Bryan) (EOD: 11/25/2014) |
| 11/25/2014 | 5<br>(5 pgs) | Chapter 13 Plan Filed by Jackie Lynn Burrows (Adamson, Bryan) (EOD: 11/25/2014) |
| 11/17/2014 | 4<br>(2 pgs) | Notice of Appearance and Request for Notice *(Client Code:%14-46442)* Filed by Mark S. x4Middlemas on behalf of JPMorgan Chase Bank, National Association (x4Middlemas, Mark) (EOD: 11/17/2014) |
| 11/17/2014 | | Notice of Appearance of Counsel and Request for Notice Filed by Benjamin J. Mann on behalf of Ocwen Loan Servicing, LLC, as servicer for Wells Fargo Bank, National Association as Trustee for (Mann, Benjamin) (EOD: 11/17/2014) |
| 11/14/2014 | 3<br>(2 pgs) | BNC Certificate of Service Re: Deficiency Notice (related document(s): Chapter 13 Deficiencies) Notice Date 11/14/2014. (Admin.) (EOD: 11/14/2014) |
| 11/12/2014 | | DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Chapter 13 Stmt of Current Monthly and Disposable Income , Chapter 13 Plan, Statistical Summary of Certain Liabilities, Statement of Affairs and Schedules, Summary of Schedules, Incomplete Filings due by 11/25/2014. (ksh) (EOD: 11/12/2014) |
| 11/12/2014 | | Notice of Debtors Prior Filings for debtor Jackie Lynn Burrows Case Number 12-25516, Chapter 13 filed in Utah Bankruptcy Court on 04/30/2012 , Dismissed for Other Reason on 07/30/2012; Case |

| | | |
|---|---|---|
| | | Number 12-30595, Chapter 13 filed in Utah Bankruptcy Court on 08/18/2012 , Dismissed for Other Reason on 01/31/2013; Case Number 14-21398, Chapter 13 filed in Utah Bankruptcy Court on 02/18/2014 , Dismissed for Other Reason on 05/16/2014.(Admin) (EOD: 11/12/2014) |
| 11/11/2014 | | Meeting of Creditors & Notice of Appointment of Interim Trustee Kevin R. Anderson tr, with 341(a) meeting to be held on 01/09/2015 at St. George. Confirmation hearing to be held on 02/19/2015 at Courtroom 2B, St. George. (Please see the 341 notice for particulars). Proofs of Claim due by 04/09/2015. (EOD: 11/11/2014) |
| 11/11/2014 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(14-31971) [misc,volp13a] ( 310.00). Receipt number 15403736, amount 310.00. (U.S. Treasury) (EOD: 11/11/2014) |
| 11/11/2014 | 2 | Statement of Social Security Number(s) Filed by Jackie Lynn Burrows (Adamson, Bryan) (EOD: 11/11/2014) |
| 11/11/2014 | | Creditor(s) uploaded (3 creditors). (Adamson, Bryan) (EOD: 11/11/2014) |
| 11/11/2014 | 1<br>(8 pgs) | Chapter 13 Voluntary Petition Filed by Jackie Lynn Burrows (Adamson, Bryan) (EOD: 11/11/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/05/2015 17:10:40 | | | |
| **PACER Login:** | fc0011:2547422:0 | **Client Code:** | 99999-0999 ADM |
| **Description:** | Docket Report | **Search Criteria:** | 14-31971 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |