# EXHIBIT
# 3

**This order is SIGNED.**

**Dated: May 29, 2015**

_William J. Thurman_



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

_tks_

Kevin R. Anderson (4786)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:   (801) 596-2884
Facsimile:    (801) 596-2898
Email: kratrusteemail@ch13kra.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>    JACKIE LYNN BURROWS<br><br>Debtor | Case No. 14-31971<br>Chapter 13<br>Judge: William T. Thurman |

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE**
**UNDER 11 U.S.C. § 109(g) WITH 180 DAY BAR TO RE-FILING ANY CASE AND**
**DISMISSAL WITH FINDING THAT DEBTOR HAS PARTICIPATED IN A SCHEME**
**TO DELAY, HINDER OR DEFRAUD CREDITORS UNDER 11 U.S.C. § 362(d)(4)**

A hearing on the Trustee's Motion to Dismiss with Prejudice under 11 U.S.C. § 109(g) with 180 day bar to re-filing any case and dismissal with finding that Debtor has participated in a scheme to delay, hinder or defraud creditors under 11 U.S.C. § 362(d)(4) (the "Motion") was held on May 14, 2015 at 10:00a.m. Trustee's counsel and other parties, if any, made their appearances on the record. Having heard the matter and reviewed the pleadings on file, the Court hereby ORDERS:

1. The Trustee's Motion is granted.

2. The above-captioned case is dismissed with prejudice pursuant to 11 U.S.C. § 109(g) for

Debtor's willful failure to abide by the Court's Order and the Debtor is barred from filing a petition for relief under any Chapter of the United States Bankruptcy Code (Title 11) for 180 days from entry of this order.  However, the Debtor in not barred from filing a petition for relief under Chapter 7 of the United States Bankruptcy Code (Title 11).

3. The serial filings of the Debtor is part of a scheme to delay, hinder or defraud creditors under 11 U.S.C. § 362(d)(4).  As such, no bankruptcy petition may be filed on the following real property for a period of two years from entry of this order: (1) 4734 Whisperpoint Dr. Saint George, UT 84790 (parcel number SG-SUR-23-1574) and (2) 12939 South Sunday Drive, Riverton, UT 84096 (parcel number 27-31-200-043).

4. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) any allowed expense fee to the Trustee; (2) adequate protection payments stipulated to by the parties or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the amount of $2,520.00, less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtor pursuant to 11 U.S.C. 1326(a)(2), by a check made payable to the Debtor and mailed to the Debtor most recent address on file with the Bankruptcy Court.

**END OF DOCUMENT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 20, 2015, a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following and deposited in the U.S. Mail, first-class postage prepaid.

> RED ROCK LEGAL SERVICES, INC.
> ECF NOTIFICATION
>
> JACKIE LYNN BURROWS
> 4734 WHISPERPOINT DRIVE
> SAINT GEORGE, UT 84790

_____/s/_____
Office Chapter 13 Trustee

**COURT CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following and deposited in the U.S. Mail, first-class postage prepaid, on the _____ day of May 2015:

KEVIN R. ANDERSON
CHAPTER 13 TRUSTEE,
ECF NOTIFICATION

RED ROCK LEGAL SERVICES, INC.
ECF NOTIFICATION

JACKIE LYNN BURROWS
4734 WHISPERPOINT DRIVE
SAINT GEORGE, UT 84790