## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LONN BURROWS and JACKIE BURROWS, <br>       Plaintiffs, <br><br> vs. <br><br> LOANLEADERS OF AMERICA INC., Et. Al., <br>       Defendants. | DEFAULT CERTIFICATE <br><br><br> Case No. 2:14-CV-00544 DN-BCW <br><br> **Judge David Nuffer** |

      Plaintiffs served Defendant Loanleaders of America, Inc. a Summons and Complaint on July 29, 2014, and Proof of Service has been filed. The time in which to file an Answer has passed, and Loanleaders of America, Inc. has not answered or otherwise responded. Under Federal Rules of Civil Procedure Rule 55, I hereby enter the default of Defendant Loanleaders and issue this Default Certificate. This is NOT a judgment, and does NOT convey any interest in any property.

      *DATED this 2nd day of December, 2015.*

                                    DISTRICT COURT JUDGE

                                    _____
                                    Judge David Nuffer