AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14CV00544        Burrows vs Loanleaders

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LOANLEADERS OF AMERICA CORP., c/o Brian O'Doyle CEO
was received by me on *(date)* 7/25/14.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corp Service, who is
designated by law to accept service of process on behalf of *(name of organization)* Loanleaders of America
Corp. c/o Brian O'Doyle on *(date)* 7/29/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

Recieved by: Tisha Fullen  Trisha Fullen

My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 7/29/14

Dixie L. Sampson
*Server's signature*

Dixie L. Sampson
*Printed name and title*

1733 W. 12600 S. #334 Riverton, Utah 84065
*Server's address*

Additional information regarding attempted service, etc:
Attempted 7-28-2014 at 4:10 p.m. — office closed