IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **LONN BURROWS and JACKIE BURROWS,**<br><br>      Plaintiffs,<br>v.<br><br>**LOAN LEADERS OF AMERICA CORP. et al,**<br><br>      Defendants. | **ORDER RE: MOTION FOR ENTRY OF DEFAULT**<br><br>Case No. 2:14CV544 DN-BCW |

  Plaintiffs have filed a Motion for Entry of Default, seeking a default certificate against Defendant Loanleaders of America Corporation. On December 30, 2015, a deputy clerk of court sent an email to Plaintiffs' counsel, notifying him that he had not filed a copy of the summons to demonstrate that it was issued by the court. In addition, the proof of service page did not specify an address where it was served and stated only that it was served on "CT Corp. Service." The email asked counsel to re-file the proper documentation reflecting proper service.

  To date, no additional documentation has been submitted to the court. Therefore, the Clerk of Court is not able to enter a Default Certificate at this time. Plaintiffs' Motion for Entry of Default [Docket No. 60] is DENIED without prejudice to refile the motion with proper supporting documentation.

  DATED this 16th day of February, 2015.

                D. MARK JONES, CLERK OF COURT

                By: *[signature]*
                Anne W. Morgan, Chief Deputy