Franklin Reed Bennett
Attorney at Law
(Utah State Bar # 8734)
fbennett@xmission.com
Telephone:  (801) 759-1210 or (801) 733-0700
8647 S. Acorn Lane
Sandy, Utah  84093-2020
*Limited Appearance Attorney for Plaintiffs  -  Lonn Burrows and Jackie Burrows*

In the UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION
(801) 524-6100
351 So. West Temple
Salt Lake City, Utah  84101

| | |
|---|---|
| LONN BURROWS and JACKIE BURROWS,<br><br>Plaintiffs,<br><br>vs.<br><br>LOANLEADERS OF AMERICA CORP., et. al.,<br><br>Defendants. | Civil Action No.  2:**14**-CV-**00544** DN-BCW<br><br>**DECLARATION OF PLAINTIFFS JACKIE BURROWS AND LONN BURROWS**<br>DATED<br>TUESDAY, MAY 10, 2016<br><br>District Court Chief Judge David Nuffer<br>Magistrate Judge Brooke C. Wells |

# Declaration of Plaintiffs Jackie Burrows and Lonn Burrows

1.    Limited Appearance Counsel Franklin Reed Bennett files this "*Declaration of Plaintiffs Jackie Burrows and Lonn Burrows dated Tuesday, May 10, 2016*" as part of the Plaintiffs' "*Motion to Strike NOTICE of Voluntary Dismissal*" filed by Plaintiffs' Current Attorney of Record Dwight Epperson on 04/28/2016 .

---

State of Utah        )
                                  ) ss.
Washington County    )

2.    We are Plaintiffs Jackie Lynn Kunkler Burrows and Lonn Burrows .

3.    We are able to attest to the facts hereinafter stated on personal knowledge under oath and under penalty of perjury, except those factual statements which are made "on information and belief".

4.    In the interest of clarity to the reader of this document, we may refer to ourselves as "Jackie" and "Lonn" rather than as "we".

5. On or about April 28, 2016, our Attorney of Record Dwight Epperson filed in this case, a "NOTICE of Voluntary Dismissal" with this Court.

6. This "NOTICE of Voluntary Dismissal" was filed without our authorization.

7. We do not want to have a "NOTICE of Voluntary Dismissal" filed in this case at this time.

## Signature of Declarant Jackie Burrows

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated and executed this Tuesday, May 10, 2016.

_____
Jackie Burrows

## Signature of Declarant Lonn Burrows

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated and executed this Tuesday, May 10, 2016.

_____
Lonn Burrows

# Signature of Limited Appearance Counsel

Dated this Tuesday, May 10, 2016.

            / s /   *Franklin Reed Bennett*
Franklin Reed Bennett,
*Limited Appearance Counsel for Plaintiffs*
8647 S. Acorn Lane
Sandy, Utah  84093-2020
fbennett@xmission.com
Telephone:  (801) 759-1210 or (801) 733-0700

# Certificate of Service

I hereby certify that I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

|  |  |  |
|---|---|---|
|  | K. Bradley Carr<br>LAW OFFICES OF JAMES H. WOODALL<br>*Attorneys for Defendant Woodall*<br>bc@utahtrustee.com<br>10808 River Front Parkway, Suite 175<br>South Jordan, Utah  84111 |  |
|  | R. Samuel Ehlers<br>WRIGHT FINLAY & ZAK LLP<br>*Attorneys for **Wells Fargo Bank** NA*<br>*( a Delaware Corporation )*<br>sehlers@wrightlegal.net<br>blopipero@wrightlegal.net<br>mresnick@wrightlegal.net<br>(720) 475-7978<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada  89117 |  |
|  | R. Samuel Ehlers<br>WRIGHT FINLAY & ZAK, LLP<br>*Attorneys for **Ocwen** Loan Servicing*<br>5532 S. Fort Apache Road, Suite 110<br>Las Vegas, Nevada  89148 |  |

|  | Bradley L. Tilt<br>Sara E. Bouley<br>ACTION LAW LLC<br>*Attorneys for **First American Title***<br>brad@actionlawutah.com<br>2825 E. Cottonwood Pkwy, Suite 500<br>Salt Lake City, Utah  84121 |  |
|---|---|---|
|  | Clint R. Hansen<br>Matthew L. Anderson<br>FABIAN VAN COTT<br>*Attorneys for **Option One Mortgage**<br>(a California Corporation)<br>also known as **Sand Canyon***<br>chansen@fabianvancott.com<br>smcnett@fabianvancott.com<br>manderson@fabianvancott.com,<br>mbeck@fabianvancott.com<br>(801) 531-8900<br>215 S. State Street, Suite 1200<br>Salt Lake City, Utah  84111-2323 |  |
|  | Christian Martinez<br>James Brody<br>AMERICAN MORTGAGE LAW GROUP, P.C.<br>*Attorneys for **LoanLeaders of America, Inc.***<br>cmartinez@americanmlg.com<br>jbrody@americanmlg.com<br>(415) 878-0030<br>75 Rowland Way, Suite 350<br>Novato, California  94945 |  |

| | | |
|---|---|---|
| | Gerald M. Salcido<br>Jerry Salcido<br>Spencer Salcido<br>SALCIDO LAW FIRM PLLC<br>*Attorneys for **LoanLeaders of America, Inc.***<br>jerry@salcidolaw.com<br>chris@salcidolaw.com<br>info@salcidolaw.com<br>43 West 9000 South, Suite B<br>Sandy, Utah  84070 | |
| | Attorney Dwight J. L. Epperson<br>Dwight J. L. Epperson Inc.<br>*Attorney for Plaintiffs*<br>dwightepperson@msn.com<br>801-359-7771<br>420 E. South Temple, Suite 470<br>Salt Lake City, Utah 84111 | |
| In addition, I hereby certify that I served the following non-CM/ECF participants (i.e., the Plaintiffs) by e-mail : ||| 
| | Mr. and Mrs. Lonn and Jackie Burrows<br>*Plaintiffs*<br>jackie6010@yahoo.com<br>4734 Whisper Pointe Drive<br>St. George, Utah  84790 | |

Dated this Tuesday, May 10, 2016.

       / s /   *Franklin Reed Bennett*
Franklin Reed Bennett,
*Limited Appearance Counsel for Plaintiffs*
8647 S. Acorn Lane
Sandy, Utah 84093-2020
fbennett@xmission.com
Telephone: (801) 759-1210 or (801) 733-0700