IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LONN BURROWS and JACKIE BURROWS,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>LOANLEADERS OF AMERICA CORP., et al.,<br><br>　　　　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-CV-544-DN-BCW<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Brooke C. Wells on August 3, 2016 recommends that: (1) Defendants' motion to dismiss[2] be granted; (2) all other pending motions[3] be deemed moot; and (3) the case be dismissed with prejudice.[4]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[5] No party filed a written objection to the Report and Recommendation as provided by the rules of the court. Therefore, the analysis and conclusion of the magistrate judge are accepted and

IT IS HEREBY ORDERED that:

　　(1) the Report and Recommendation[6] is ADOPTED;

　　(2) Defendants' motion to dismiss[7] is GRANTED;

---

[1] Docket no. 85, entered Aug. 3, 2016.

[2] Motion and Supporting Memorandum to Dismiss With Prejudice LoanLeaders of America and Martin Foigelman, or, in the Alternative, Motion to Dismiss for Lack of Prosecution, docket no. 68, filed Apr. 14, 2016.

[3] Plaintiff's Motion to Strike the "Notice of Voluntary Dismissal," docket no. 77, field May 10, 2016; Motion for Withdrawal of Counsel, docket no. 67, filed Apr. 8, 2016.

[4] Report and Recommendation at 4, docket no. 85, entered Aug. 3, 2016.

[5] *Id*.

[6] *Id*.

(3) All other pending motions[8] are MOOT; and

(4) the above-captioned case is DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed August 26, 2016.

BY THE COURT

_____
District Judge David Nuffer

---

[7] Motion and Supporting Memorandum to Dismiss With Prejudice LoanLeaders of America and Martin Foigelman, or, in the Alternative, Motion to Dismiss for Lack of Prosecution, docket no. 68, filed Apr. 14, 2016.

[8] Plaintiff's Motion to Strike the "Notice of Voluntary Dismissal," docket no. 77, field May 10, 2016; Motion for Withdrawal of Counsel, docket no. 67, filed Apr. 8, 2016.